JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA AYERS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02171-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, JOSHUA AYERS, by and through his counsel of record, LAW OFFICES OF CORY J. HILTON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs

/ / /

and attorney fees.

DATED this 13th day of July 2018.

**LAW OFFICES OF CORY J. HILTON**

 /s/ Joseph R. Smith
CORY J. HILTON
Nevada Bar No. 4290
JOSEPH R. SMITH
Nevada Bar No. 13961
5545 S. Mountain Vista St., Ste. F
Las Vegas, NV 89120
Phone: (702) 384-8000
Fax: (702) 384-8200
E-Mail: jrs@hiltonesqlaw.com
*Attorneys for Plaintiff*

DATED this 13th day of July 2018.

**HARPER | SELIM**

 /s/ James E. Harper
JAMES E. HARPER
Nevada Bar No. 9822
1707 Village Center Circle, Suite 140
Las Vegas, NV 89130
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRCIT COURT JUDGE
 Dated: July 16, 2018.